Robert H. Horn, SBN 137410
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 96007
Telephone (310) 557-2900
Fax (310) 557-2193

Attorneys for Plaintiff
National Academy of Recording Arts
& Sciences, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br>　　　　Plaintiff,<br>　　v.<br>ON POINT EVENTS, LP, a Texas limited partnership,<br>　　　　Defendant. | Case No. CV 08-0856 DSF (Ex)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF TO (1) COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS WITHOUT OBJECTION, AND (2) COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:　February 20, 2009<br>Time:　9:30 a.m.<br>Ctrm:　20<br><br>Discovery Cutoff: March 2, 2009<br>Pretrial Conf:　October 5, 2009<br>Trial:　　　November 3, 2009 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on February 20, 2009, at 9:30 a.m. in

3   Courtroom 20 of the above-entitled court, located at 312 N. Spring Street, Los

4   Angeles, California 90012, the Honorable Charles F. Eick presiding, plaintiff

5   National Academy of Recording Arts & Sciences, Inc. ("The Recording

6   Academy®") will, and hereby does, move for an order compelling defendant On

7   Point Events, LP ("On Point") to (1) respond to The Recording Academy's requests

8   for production of documents without objection by February 24, 2009, and

9   (2) produce the responsive documents by February 24, 2009.

10   The motion is made on the grounds that: The Recording Academy alleges in

11   the complaint that On Point, an online ticket broker, unlawfully acquired and sold to

12   the public tickets to the annual GRAMMY® Awards ceremony, a private event that

13   is not open to the public; The Recording Academy requested documents concerning

14   On Point's sales of GRAMMY tickets; The Recording Academy cannot prove its

15   case without such evidence; On Point's refusal to produce documents concerning its

16   sales of GRAMMY tickets on the basis that the information is a "trade secret" is

17   entirely without merit.

18   The motion will be based on this notice of motion, the separately filed joint

19   stipulation, the declaration of Robert H. Horn, the affidavit of Joe Alfred Izen, Jr.

20   attached to the joint stipulation, the proposed order lodged herewith, and the

21   pleadings and other papers on file with the Court.

22   DATED: January 27, 2009        Robert H. Horn
                                    PROSKAUER ROSE LLP

                                    By: _____/s/_____
                                            Robert H. Horn

                                    Attorneys for Plaintiff
                                    National Academy of Recording Arts &
                                    Sciences, Inc.

1