1  Robert H. Horn, SBN 137410
   rhorn@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, California 96007
   Telephone (310) 557-2900
4  Fax (310) 557-2193

5  Attorneys for Plaintiff
   National Academy of Recording Arts
6  & Sciences, Inc.

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 NATHIONAL ACADEMY OF            ) Case No. CV 08-0856 DSF (Ex)
   RECORDING ARTS & SCIENCES, INC.,)
12 a Delaware corporation,          ) **[PROPOSED] ORDER
                   Plaintiff,       ) COMPELLING DEFENDANT ON
13          v.                      ) POINT EVENTS, LP TO
   ON POINT EVENTS, LP, a Texas limited ) (1) FURTHER RESPOND TO
14 partnership,                     ) PLAINTIFF NATIONAL
                   Defendant.       ) ACADEMY OF RECORDING
15 _____ ) ARTS & SCIENCES, INC.'S
                                      REQUESTS FOR PRODUCTION
16                                    OF DOCUMENTS WITHOUT
                                      OBJECTION, AND (2) PRODUCE
17                                    DOCUMENTS IN COMPLIANCE
                                      WITH THE REQUESTS FOR
18                                    PRODUCTION**

19

20

21

22

23

24

25

26

27

28

1       The motion of plaintiff National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy") for an order compelling defendant On Point Events, LP ("On Point") to: (1) provide further responses to The Recording Academy's requests for production of documents, without objection; and (2) produce documents in compliance with the document requests came on for hearing on February 20, 2009.

      On proof made to the satisfaction of the Court that the motion ought to be granted,

      IT IS ORDERED that the motion be, and hereby is, granted;

      IT IS FURTHER ORDERED that On Point provide further responses to each document request, without objection, stating that On Point will produce all responsive documents in its possession, custody, or control;

      IT IS FURTHER ORDERED that in compliance with the further responses On Point produce all responsive documents in its possession, custody, or control;

      IT IS FURTHER ORDERED that On Point shall serve the further responses and produce all responsive documents in compliance with this order by February 24, 2009. Service and production shall be by personal delivery, or by e-mail and overnight delivery.

Dated: _____

                                                                                                     _____
                                                                                                       Charles F. Eick
                                                                        United States Magistrate Judge