Robert H. Horn, SBN 137410
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California  96007
Telephone (310) 557-2900
Fax (310) 557-2193

Attorneys for Plaintiff
National Academy of Recording Arts
& Sciences, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br>        Plaintiff,<br>        v.<br>ON POINT EVENTS, LP, a Texas limited partnership,<br>        Defendant. | Case No. CV 08-0856 DSF (Ex)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF TO COMPEL DEFENDANT TO PROVIDE FURTHER RESPONSES TO INTERROGATORIES WITHOUT OBJECTION** |

Date:       February 20, 2009
Time:      9:30 a.m.
Ctrm:     20

Discovery Cutoff: March 2, 2009
Pretrial Conf:     October 5, 2009
Trial:         November 3, 2009

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 20, 2009, at 9:30 a.m. in Courtroom 20 of the above-entitled court, located at 312 N. Spring Street, Los Angeles, California 90012, the Honorable Charles F. Eick presiding, plaintiff National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy®") will, and hereby does, move for an order compelling defendant On Point Events, LP ("On Point") to provide further responses to The Recording Academy's interrogatories without objection by February 24, 2009.

The motion is made on the grounds that:  The Recording Academy alleges in the complaint that On Point, an online ticket broker, unlawfully acquired and sold to the public tickets to the annual GRAMMY® Awards ceremony, a private event that is not open to the public; The Recording Academy requested information concerning On Point's sales of GRAMMY tickets; The Recording Academy cannot prove its case without such evidence; On Point's refusal to provide information concerning its sales of GRAMMY tickets on the basis that the information is a "trade secret" is entirely without merit.

The motion will be based on this notice of motion, the separately filed joint stipulation, the declaration of Robert H. Horn, the affidavit of Joe Alfred Izen, Jr. attached to the joint stipulation, the proposed order lodged herewith, and the pleadings and other papers on file with the Court.

DATED: January 27, 2009

Robert H. Horn
PROSKAUER ROSE LLP


By: _____/s/_____
                Robert H. Horn

Attorneys for Plaintiff
National Academy of Recording Arts &
Sciences, Inc.

1