MARCIA J. BREWER APLC
400 CORPORATE POINTE, SUITE 800
CULVER CITY, CA  90230
TEL: 310-670-5325
FAX: 310-670-3706
STATE BAR NO. 74208
MARCIABREWER3@SBCGLOBAL.NET
JOE ALFRED IZEN, JR.
TBC # 10443500
5222 SPRUCE STREET
BELLAIRE, TEXAS  77401
(713) 668-8815
(713) 668-9402 FAX
ATTORNEYS FOR DEFENDANT
ON POINT EVENTS LP

**DENIED**
BY ORDER OF THE COURT

Defendant has not acted diligently in attempting to to timely file and schedule a hearing before the discovery cut-off date of March 2, 2009. Thus, no good cause to grant this request.
Rosalyn M. Chapman 2/19/09

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., A Delaware Corporation,<br><br>    Plaintiff,<br><br>    VS.<br><br>ON POINT EVENTS LP, a Texas Limited Partnership,<br><br>    Defendant.<br>_____ | CASE NO. CV-08-0856 DSF (RCx)<br><br>[PROPOSED] ORDER ON DEFENDANT ON POINT EVENTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR SERVICE AND HEARING ON ITS MOTIONS TO COMPEL PLAINTIFF TO FILE FURTHER ANSWERS TO INTERROGATORIES AND TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENT AND FOR AN IN CAMERA REVIEW AND RULING ON ITS CLAIM OF DOCUMENT PRIVILEGE |

GOOD CAUSE APPEARING, it is hereby ordered that the following motions of

Defendant On Point Events -

1

---

**NARAS V. ON POINT**          PROPOSED ODER ON EX PARTE APPLICATION

1. Motion to Compel Further Responses to Requests For Production of Documents Without Objection and Production of Document;

2. Motion to Compel Further Responses to Interrogatories Without Objection; and

3. Motion For An In Camera Review and Ruling on Document Privilege Claim.

may be filed and served as of February 17, 2009, and set for hearing on February 25, 2009 at 9:30 a.m. in Courtroom 23 before the Honorable Rosalyn M. Chapman, Magistrate Judge.

DATED: _____
ROSALYN M. CHAPMAN
United States Magistrate Judge

**NARAS V. ON POINT**          **PROPOSED ODER ON EX PARTE APPLICATION**