1  Robert H. Horn, SBN 134710
   rhorn@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor            JS 6
3  Los Angeles, CA  90067-3206
   Telephone:     (310) 557-2900
4  Facsimile:     (310) 557-2193

5  Attorneys for Plaintiff
   National Academy of Recording Arts
6  & Sciences, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10
   NATIONAL ACADEMY OF            ) Case No. CV 08-0856 DSF (RCx)
11 RECORDING ARTS & SCIENCES, INC.,)
   a Delaware corporation,         )
12                                 ) **JUDGMENT AND PERMANENT**
                    Plaintiff,     ) **INJUNCTION**
13                                 )
           v.                      )
14                                 )
   ON POINT EVENTS LP, a Texas limited )
15 partnership,                    )
                                   )
16                  Defendant.     )
                                   )
17

1    The court having found that the GRAMMY® Awards ceremony is a private
2 event and the ticket policy of plaintiff National Academy of Recording Arts &
3 Sciences, Inc. ("The Recording Academy®") prohibiting the transfer or resale of
4 tickets to the GRAMMY® Awards is legally valid and fully enforceable,
5    IT IS ORDERED, ADJUDGED AND DECREED that defendant On Point
6 Events LP, and its owners, members, managers, officers, agents, employees,
7 representatives, successors and assigns, and all persons acting in concert or
8 participating with it, are permanently enjoined and restrained from engaging in,
9 committing, or performing, directly or indirectly, by any means whatsoever, any of
10 the following acts:

11    1.   Offering or attempting to offer to buy or sell, or soliciting the purchase
or sale of, any ticket, badges, credentials or anything entitling access to
any GRAMMY® Awards ceremony presented by The Recording
Academy®, pre- and post-ceremony events such as the GRAMMY®
Celebration Party, or any other event sponsored by or affiliated with
The Recording Academy®, the GRAMMY® Foundation, Inc., the
MusiCares® Foundation, Inc. (including without limitation the
MusiCares® Person of the Year event), and/or The Latin Recording
Academy®;

20   2.   Offering to perform, attempting to perform, or performing any act as an
intermediary, broker or middleman relating to the purchase, sale or
transfer of tickets, badges, credentials or anything entitling access to
any GRAMMY® Awards ceremony presented by The Recording
Academy®, pre- and post-ceremony events such as the GRAMMY®
Celebration Party, or any other event sponsored by or affiliated with
The Recording Academy®, the GRAMMY® Foundation, Inc., the
MusiCares® Foundation, Inc. (including without limitation the

|   |   |   |
|---|---|---|
| 1 |  | MusiCares® Person of the Year event), and/or The Latin Recording |
| 2 |  | Academy®; |
| 3 | 3. | Advertising or publishing any offer to purchase, sell, transfer or broker, |
| 4 |  | or to otherwise act as an intermediary, broker or middleman, relating to |
| 5 |  | the purchase, sale or transfer of tickets, badges, credentials or anything |
| 6 |  | entitling access to any GRAMMY® Awards ceremony presented by |
| 7 |  | The Recording Academy®, pre- and post-ceremony events such as the |
| 8 |  | GRAMMY® Celebration Party, or any other event sponsored by or |
| 9 |  | affiliated with The Recording Academy®, the GRAMMY® Foundation, |
| 10 |  | Inc., the MusiCares® Foundation, Inc. (including without limitation the |
| 11 |  | MusiCares® Person of the Year event), and/or The Latin Recording |
| 12 |  | Academy®; |
| 13 | 4. | Gaining or attempting to gain access to any GRAMMY® Awards |
| 14 |  | ceremony presented by The Recording Academy®, pre- and post- |
| 15 |  | ceremony events such as the GRAMMY® Celebration Party, or any |
| 16 |  | other event sponsored by or affiliated with The Recording Academy®, |
| 17 |  | the GRAMMY® Foundation, Inc., the MusiCares® Foundation, Inc. |
| 18 |  | (including without limitation the MusiCares® Person of the Year |
| 19 |  | event), and/or The Latin Recording Academy®, except in the event a |
| 20 |  | person restrained hereunder is as an invitee of a Recording Academy- |
| 21 |  | authorized recipient of tickets to such events; |
| 22 | 5. | Knowingly participating in, aiding or facilitating, or attempting to |
| 23 |  | participate in, aid or facilitate, any effort by any person to gain |
| 24 |  | unauthorized access to any GRAMMY® Awards ceremony presented |
| 25 |  | by The Recording Academy®, pre- and post-ceremony events such as |
| 26 |  | the GRAMMY® Celebration Party, or any other event sponsored by or |
| 27 |  | affiliated with The Recording Academy®, the GRAMMY® Foundation, |
| 28 |  | Inc., the MusiCares® Foundation, Inc. (including without limitation the |

|  |  |
|---|---|
| 1 | MusiCares® Person of the Year event), and/or The Latin Recording |
| 2 | Academy®; |

6. Receiving any compensation, whether in money, in kind or otherwise, for any of the acts described in subparagraphs (1) through (5) above;

7. Using or displaying for any purpose any registered mark, or any depiction, image, photograph, picture, illustration or other visual representation containing any registered mark owned by The Recording Academy® and/or any of it affiliates, including without limitation The Latin Recording Academy®, the GRAMMY® Foundation, Inc. and/or the MusiCares® Foundation, Inc.  To avoid uncertainty, copies of the registered marks covered by this injunction are attached hereto as Exhibit A.  It shall not be a violation of this injunction, however, if The Recording Academy® materially alters a mark depicted on Exhibit A and has not provided On Point Events LP with written notice of such alteration of the mark.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).  The Recording Academy shall recover attorneys' fees in the amount and manner set forth in the Settlement Agreement entered into by The Recording Academy and On Point Events LP in this action.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court retains jurisdiction to enforce this judgment and the Settlement Agreement entered into by The Recording Academy and On Point Events LP in this action.

Dated:  10/8/09

_____
Dale S. Fischer
United States District Judge